that complies with Rule 24(c) but does not comply with Rule 21(b) is granted.

**U.S.**

**v.**

**Benjamin C. TODD**

**No. 17-0543/AF**

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 38988

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to August 29, 2017.

**U.S.**

**v.**

**Justin M. GURCZYNSKI**

**No. 17-0139/AR**

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 20160402

DAILY JOURNAL

Mandates Issued

**U.S.**

**v.**

**Austin J. MULL**

**No. 17-0544/AF**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA S32367

DAILY JOURNAL

Petitions for Grant of Review Filed

**U.S.**

**v.**

**Mark A. THOMPSON**

**No. 17-0545/MC**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA 201300425

DAILY JOURNAL

Petitions for Grant of Review Filed

